| | | |
|---|---|---|
| **THOMAS R. SUOZZI**<br>County Executive |  | **LORNA B. GOODMAN**<br>County Attorney |

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
Ralph G. Caso Executive and Legislative Building
One West Street
Mineola, New York 11501-4820
516-571-6190
FAX: 516-571-3058

**January 5, 2007**

The Honorable E. Thomas Boyle
The Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re:   *DeWayne Nesbitt v. County of Nassau, et al.*
      *CV-05-5513 (JG)(ETB)*

Dear Judge Boyle:

This office represents the County of Nassau and the Nassau County Police Defendants in the above-referenced lawsuit. This is a joint request, along with Plaintiff, represented by Young & Young, by: Patrick Young, Esq., for an adjournment for all purposes of the final conference scheduled for January 18, 2007.

We write to inform the Court that the above-referenced case has been settled in principle. The parties plan to work together over the next month to draft a Settlement Agreement and file a Stipulation of Discontinuance with Judge Gleeson by February 16, 2007. Therefore, we respectfully ask the Court to adjourn this case for all purposes until February 16, 2007. Thank you for your courtesies.

Further, the parties wish to apologize for failing to attend today's scheduled conference. There was a communication mix up and each party thought that the other was going to attend and inform the Court of the settlement agreement. We both apologize for any inconvenience that this may have caused.

Respectfully,

Joseph Anci (JA 1813)
Deputy County Attorney
